879 F.2d 856
 Gagliardi (John)
v.
American Telephone & Telegraph, Bell of Pennsylvania, A T &
T Technologies, Reed, Smith, Shaw & McClay, Doyle (Robert),
Narick (Emil), PUC, PA Dept. of Justice, Titus Marcus &
Shapiro, Dilworth, Paxon, Kalish & Kaufmann, Ziegler
(Donald, Judge), Mansmann, Cinderich & Titus, Duquesne Light
Company, Allegheny County Sheriffs Department, Thornburg (Richard)
 NOS. 88-3795, 88-3834
 United States Court of Appeals,
Third Circuit.
 JUN 21, 1989
 
 Appeal From: W.D.Pa.,
 Weber, J.
 
 
 1
 AFFIRMED.